790

*Certiorari Denied.* (*See also No. 117, Misc. and No. 121, Misc., supra.*)

Nos. 211 and 212. ST. LOUIS-SAN FRANCISCO RAILWAY Co. *v.* CENTRAL HANOVER BANK & TRUST CO. ET AL., TRUSTEES, ET AL. ▇▇▇▇▇▇▇ Certiorari denied. *William V. Hodges* and *Daniel Bartlett* for petitioner. *Leonard D. Adkins* and *George D. Gibson* for Stedman et al., respondents. ▇▇▇▇▇▇▇

No. 217. BRACEY ET AL. *v.* LURAY, TRADING AS LURAY IRON & METAL Co. ▇▇▇▇▇▇ Certiorari denied. *Daniel E. Klein* for petitioners. *Lewis W. Lake* for respondent. ▇▇▇▇▇▇

No. 238. G. H. LOVE, INC. *v.* FLEMING, ADMINISTRATOR, OFFICE OF TEMPORARY CONTROLS. ▇▇▇▇▇▇ Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent. ▇▇▇▇▇▇ ▇▇

No. 255. COHEN ET AL. *v.* CAULDWELL WINGATE Co. ET AL. ▇▇▇▇▇▇▇▇ Certiorari denied. *Harold Leventhal* for petitioners. *Solicitor General Perlman, Assistant Attorney General Ford* and *Samuel D. Slade* for respondents. ▇▇▇▇▇ ▇▇▇▇

No. 260. GLASSEY ET AL. *v.* CALIFORNIA. ▇▇▇▇ Certiorari denied. *A. L. Wirin* for petitioners. *Ray L. Chesebro* and *John L. Bland* for respondent.

No. 266. SCOTT *v.* CITY OF TAMPA. ▇▇▇▇ ▇▇▇▇ Certiorari denied. *O. K. Reaves* for petitioner. *Harry B. Terrell* for respondent. ▇▇▇▇ ▇▇▇▇